# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:16CR54 |
| vs. | |
| **TOM E. COLEMAN,** | ORDER |
| Defendant. | |

This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 40). The Court reviewed the record in this case and, being duly advised in the premises, finds the United States' Motion should be granted.

Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss Forfeiture Allegation (Filing No. 40) is granted; and

2. The Forfeiture Allegation of the Indictment (Filing No. 1) is dismissed.

Dated this 29th day of June, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge